HENRY G. WAGONER, PLAINTIFF IN ERROR, v. CATHERINE WATTS, DEFENDANT IN ERROR.

In error to the Supreme Court.    For opinion of the Supreme Court, see 15 *Vroom* 126.

For the plaintiff in error, *John Schomp.*

For the defendant in error, *R. V. Lindabury.*

PER CURIAM.    The judgment of the court below should be affirmed, for the reasons given by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DIXON, KNAPP, REED, SCUDDER, COLE, GREEN, KIRK, PATERSON, WHITAKER.    11.

*For reversal*—None.